Same case below, 409 Fed. Appx. 277.

**No. 10-9637. Soloman Stanton, Petitioner v. Carol Adrianne Stanton, et al.**

565 U.S. 829, 132 S. Ct. 125, 181 L. Ed. 2d 48, 2011 U.S. LEXIS 5774.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

Same case below, 190 Cal. App. 4th 547, 118 Cal. Rptr. 3d 249.

**No. 10-9650. Kevin Lamont Brewer, Petitioner v. United States.**

565 U.S. 829, 132 S. Ct. 126, 181 L. Ed. 2d 48, 2011 U.S. LEXIS 6221.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 628 F.3d 975.

**No. 10-9680. Francisco Javier Marquez, Petitioner v. United States.**

565 U.S. 829, 132 S. Ct. 126, 181 L. Ed. 2d 48, 2011 U.S. LEXIS 5295.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 626 F.3d 214.

**No. 10-9681. Larry Eugene Jackson, Petitioner v. United States.**

565 U.S. 830, 132 S. Ct. 126, 181 L. Ed. 2d 48, 2011 U.S. LEXIS 5303.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9682. Brent E. Martin, Petitioner v. Alabama.**

565 U.S. 830, 132 S. Ct. 126, 181 L. Ed. 2d 48, 2011 U.S. LEXIS 6214.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 62 So. 3d 1050.

**No. 10-9760. Dagoberto Rodriguez-Castorena, Petitioner v. United States.**

565 U.S. 830, 132 S. Ct. 126, 181 L. Ed. 2d 48, 2011 U.S. LEXIS 5266.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 409.